SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE S.
ISELIN, NJ 08830-2735
(732) 603-4966
FAX (732) 603-4977

FAX (212) 818-9606/7
www.ssbb.com

E-Mail: tbrock@ssbb.com
Direct Dial: (212) 404-8781

August 11, 2008

**By Electronic Filing and First Class Mail**

The Honorable Stuart M. Bernstein
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    In re Bancredit Cayman Limited (in Liquidation)
                  Chapter 11 Case No. 06-11026 (SMB)

Dear Chief Judge Bernstein:

       This letter is to confirm that the following application, filed on behalf of Richard E.L. Fogerty and G. James Cleaver, the Joint Official Liquidators and recognized Foreign Representatives of Bancredit Cayman Limited (in Official Liquidation) has been withdrawn without prejudice.

APPLICATION OF BANCREDIT CAYMAN LIMITED (IN LIQUIDATION)
FOR AN ORDER COMPELLING THE PRODUCTION OF DOCUMENTS
BY NON-PARTY DRESDNER BANK AG

       The application was scheduled for hearing on August 12, 2008 at 10:00 a.m. If you should have any questions or concerns, please do not hesitate to contact me.

                                            Respectfully submitted,

                                            /s/ Timothy T. Brock

                                            Timothy T. Brock

cc:    Andrew LeBlanc, Esq. (*by email*)
         Milbank

         Office of the U.S. Trustee

744004_1